RECEIVED
NOV 18 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODRICK JENKINS, Plaintiff, | CIVIL ACTION NO. 05-0482 |
| vs. | JUDGE STAGG |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant. | MAGISTRATE JUDGE HORNSBY |

## CONSENT JUDGMENT

The foregoing unopposed motion of the Commissioner having been considered:

IT IS HEREBY ORDERED that this cause be remanded to the Commissioner for further administrative proceedings. Specifically, the Commissioner seeks remand to an administrative law judge (ALJ) in order to hold a new hearing as the transcript of the hearing held pursuant to the Appeals Council's Order of Remand cannot be located and, thus, cannot be made part of the record.

Therefore, this cause is remanded to the Commissioner and judgment is hereby entered in favor of the plaintiff pursuant to sentence four of §205(g) of the Social Security Act, 2 U.S.C. §405(g). Shalala v. Schaefer, 509 U.S. ___, 113 S.Ct. 2625 (1993).

Thus Done and Signed at Shreveport, Louisiana, this 18th day of November, 2005.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate